**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

United States v. Rondell Freeman
(Defendant No. 11, Lonnie Mack)

Case Number: 07 CR 843-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LONNIE MACK

FILED
12-20-07
DEC 20 2007

Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| NAME (Type or print)<br>CLARKE PATRICK DEVEREUX | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ CLARKE PATRICK DEVEREUX | |
| FIRM<br>LAW OFFICE OF CLARKE PATRICK DEVEREUX | |
| STREET ADDRESS<br>53 WEST JACKSON BLVD., SUITE 615 | |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197273 | TELEPHONE NUMBER<br>(312) 981-0133 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓ | |