# FINANCIAL AFFIDAVIT

IN UNITED STATES ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. FREEMAN

FOR AT: FILED DEC 20 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): **LONNIE MACK**

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 07 CR 843 -11
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 21 U.S.C. 841 (a)    ☑ Felony   ☐ Misdemeanor

FILED DEC 20 200[7]
Magistrate Judge Sidney [Schenkier]
United States Dis[trict Court]

## EMPLOYMENT

Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: CALIBER CONST
IF YES, how much do you earn per month? $ $2,000-
IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

## ASSETS

**OTHER INCOME**: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED: IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $
SOURCES:

**CASH**: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ 100-

**PROPERTY**: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE:
DESCRIPTION:

## DEPENDENTS

MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 3

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditor | | Monthly Paymt. |
|---|---|---|---|
| RENT | | $ | $ 965- |
| CREDIT | | $ 6,000- | $ 50- |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/20/2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Lonnie Mack