# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 11 | **DATE** | 2/1/2008 |
| **CASE TITLE** | United States of America vs. Lonnie Mack | | |

**DOCKET ENTRY TEXT**

By agreement of the parties, the Court removes the following conditions of release for Lonnie Mack: (1) Maintain residence as a halfway house ro community correction center as deemed necessary by pretrial services. (2) Undergo medical or psychiatric treatment as directed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|